In the Matter of RENSSELAER COUNTY SHERIFF'S DEPARTMENT, Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.

Submitted December 21, 2015; decided February 18, 2016

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Judges STEIN and GARCIA taking no part.

▮▮▮▮▮▮▮▮▮▮

In the Matter of the Claim of MARY ANN TANGO, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted December 21, 2015; decided February 18, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge GARCIA taking no part.